IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 10-16-1 |
| v. : | |
| : | CIVIL NO. 13-2239 |
| LAWRENCE MURRAY : | |
| : | |

## ORDER

**AND NOW** this __25th__ day of June, 2015, upon consideration of *pro se* Petitioner Murray's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 170), Petitioner's *pro se* Memorandum in Support (Doc. 177), the Government's response (Doc. 189), the Declaration of Jack Meyerson, and Petitioner's counseled Reply (Doc. 199), and the records of this case, **IT IS HEREBY ORDERED AND DECREED** as follows:

1. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is **DENIED** and **DISMISSED WITHOUT AN EVIDENTIARY HEARING**.[1]

2. There is no basis for the issuance of a certificate of appealability.

**BY THE COURT**:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated June 25, 2015.